UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21627 CIV-JORDAN

ALICE ALYSE,

    Plaintiff,

vs.

ACTORS' EQUITY ASSOCIATION,
ERIC A. SPROSTY, TWYLA THARP
ABBIE M. STRASSLER,
EMANUEL AZENBERG,
JAMES L. NEDERLANDER,
SCOTT E. NEDERLANDER,
TERRY ALLEN KRAMER, HAL LUFTIG
CLEAR CHANNEL ENTERTAINMENT,
MOVIN' OUT TOUR COMPANY, L.P.,
IRON MOUNTAIN PRODUCTIONS, INC.,
LIBERTY MUTUAL INSURANCE COMPANY.

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTION

The Plaintiff, ALICE ALYSE, by and by and through her counsel, hereby files this Notice of Pendency of Other Action pursuant to S.D.Fla.L.R. 3.8.

*Alice Alyse v. Eric A. Sprosty, Twyla Tharp, Abbie M. Strassler, Emanuel Azenberg, James L. Nederlander, Scott E. Nederlander, Terry Allen Kramer, Hal Luftig, Clear Channel Entertainment, Movin' Out Tour Company, L.P. Iron Mountain Productions, Inc. and Liberty Mutual Insurance*, Case No.: 06-21075 CIV-MORENO/SIMONTON is a similar action pending in the Southern District of Florida before the Honorable Judge Moreno. *Alice Alyse v. Eric A. Sprosty et al.* was filed March 20, 2006 in the 11th Judicial Circuit in and for Miami-Dade County and removed to the

Southern District of Florida.  Defendants' Motion to Dismiss or Stay the Proceedings and Plaintiff's Motion for Remand have not yet been ruled upon.

Respectfully submitted,

s/ Larry Klayman

LARRY KLAYMAN, ESQ.
**THE KLAYMAN LAW FIRM, P.A.**
ATTORNEYS FOR PLAINTIFF
Fla. Bar No.:  0246220
601 Brickell Key Drive, Suite 404
Courvoisier Building  II
Miami, FL 33131
leklayman@bellsouth.net
Tel: 305/579-3455
Date:  November 28, 2006                                     Fax: 305/579-3454

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. Mail to: Kathleen M Phillips, Phillips, Richard & Rind, P.A., 9360 SW 72 Street, Suite 283, Miami, Florida, 33173, Jeffrey Todd Foreman, Kenny Nachwalter, P.A., Miami Center, 201 S. Biscayne Boulevard, Suite 1100, Miami, Florida 33131-4327, Lisa Horowitz and O. Peter Sherwood, Manatt, Phelps & Phillips, 7 Times Square, New York, NY 10036, Gary John Guzzi, Akerman Senterfitt, Suntrust International Center, 1 SE 3rd Avenue, 28th Floor, Miami, FL 33131-1714 and Mark Alan Joseph Shapiro, 1 SE 3rd Avenue, 28th Floor, Miami, FL 33131 on this 28th day of November, 2006.

s/ Larry Klayman

LARRY KLAYMAN, ESQ.
**THE KLAYMAN LAW FIRM, P.A.**
ATTORNEYS FOR PLAINTIFF
Fla. Bar No.:  0246220
601 Brickell Key Drive, Suite 404
Courvoisier Building  II
Miami, FL 33131
leklayman@bellsouth.net
Tel: 305/579-3455
Fax: 305/579-3454

Case 1:06-cv-21627-AJ   Document 40   Entered on FLSD Docket 11/28/2006   Page 3 of 3