**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 06-21627 CIV-JORDAN/KLEIN**

ALICE ALYSE,

      Plaintiff,

vs.

ACTORS' EQUITY ASSOCIATION, et al.,

      Defendants.

_____/

**PLAINTIFF'S COUNSEL'S NOTICE OF WITHDRAW**
**AND PLAINTIFF'S MOTION TO STAY**

NOW COMES Plaintiff's Counsel, The Klayman Law Firm, P.A., and notices the Court and Defendants that Plaintiff's counsel hereby withdraws.  For that reason, Plaintiff moves the Court for leave that her current counsel of record be allowed to withdraw and that Plaintiff be afforded forty-five days to obtain new counsel and that the case be stayed for that period, allowing Plaintiff to retain new counsel.  This request will affect the current briefing schedule on Defendants' pending motions to dismiss, and Plaintiff respectfully requests an additional forty-five days in that regard to file her oppositions to the pending motions to dismiss. Plaintiff's counsel has contacted opposing counsel and left messages asking them to call in order to seek their consent. Plaintiff's counsel has contacted opposing counsel and left messages asking them to call in order to seek their consent.

Dated:  June 18, 2007.

                        Respectfully submitted,

_____
Larry Klayman, Esquire
Fla. Bar No.:0246220
leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by U.S. Mail and Facsimile on the 18th day of June, 2007 to all counsel of record on the attached service list.

_____
Larry Klayman, Esquire
Fla. Bar No.:  0246220
Email:  leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Attorneys for Plaintiff