**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 06-21627 CIV-JORDAN/KLEIN**

ALICE ALYSE,

     Plaintiff,

vs.

ACTORS' EQUITY ASSOCIATION, et al.,

     Defendants.

_____/

**PLAINTIFF'S COUNSEL'S NOTICE OF WITHDRAWAL**
**AND ATTENDENT MOTION AND PLAINTIFF'S MOTION TO STAY AND**
**FOR EXTENSION OF TIME TO FILE RESPONSES**

     NOW COMES Plaintiff's Counsel, The Klayman Law Firm, P.A., and its

individual undersigned counsel and moves the Court that leave be granted to withdraw,

and that plaintiff be granted forty-five (45) days to obtain new counsel, and that the case

be stayed for that period, allowing Plaintiff to retain new counsel.  Plaintiff's counsel has

contacted Defense counsel to ask them for their consent and is awaiting their return call.


Dated:  June 18, 2007.

                                  Respectfully submitted,

                                _____

                                Larry Klayman, Esquire
                                Fla. Bar No.:0246220
                                leklayman@bellsouth.net
                                THE KLAYMAN LAW FIRM, P.A.
                                Courvoisier Centre
                                601 Brickell Key Drive, Suite 404
                                Miami, FL 33131
                                Telephone: (305) 579-3455
                                Facsimile: (305) 579-3454

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served

by U.S. Mail and Facsimile on the 18th day of June, 2007 to all counsel of record on the

attached service list.

 

_____
Larry Klayman, Esquire
Fla. Bar No.: 0246220
Email: leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Attorneys for Plaintiff