UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-21627-CIV-JORDAN

| | |
|---|---|
| ALICE ALYSE, | ) |
|         Plaintiff | ) |
| vs. | ) |
| ACTORS' EQUITY ASSOCIATION, et. al., | ) |
|         Defendants | ) |

### ORDER

Mr. Klayman's motion for leave to withdraw, motion for extension, and motion to stay [D.E. 48-1, 48-2, and 48-3] are DENIED WITHOUT PREJUDICE. Mr. Klayman does not provide – not even in conclusory terms – the reason(s) for seeking to withdraw, and there is no indication in the motion as to whether Ms. Alyse consents to the withdrawal.

Furthermore, the motion to stay [D.E. 47] is similarly DENIED WITHOUT PREJUDICE.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of June, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record