UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21627 CIV-JORDAN/KLEIN

ALICE ALYSE,

    Plaintiff,

vs.

ACTORS' EQUITY ASSOCIATION, et al.,

    Defendants.

_____/

**PLAINTIFF'S COUNSEL'S RENEWED NOTICE OF WITHDRAWAL AND ATTENDENT MOTION AND PLAINTIFF'S MOTION TO STAY AND FOR EXTENSION OF TIME TO FILE RESPONSES**

NOW COMES Plaintiff's Counsel, The Klayman Law Firm, P.A., and its individual undersigned counsel and moves the Court that leave be granted to withdraw, and that plaintiff be granted forty-five (45) days to obtain new counsel, and that the case be stayed for that period, allowing Plaintiff to retain new counsel.  Mr. Klayman and Ms. Alyse had agreed that new representation will be in each party's best interest, and they mutually consented to the withdrawal.

Dated:  June 27, 2007.

    Respectfully submitted,

    s/ Larry Klayman_____
    Larry Klayman, Esquire
    Fla. Bar No.:0246220
    leklayman@bellsouth.net
    THE KLAYMAN LAW FIRM, P.A.
    Courvoisier Centre
    601 Brickell Key Drive, Suite 404
    Miami, FL 33131
    Telephone: (305) 579-3455
    Facsimile: (305) 579-3454

**CERTIFICATE OF SERVICE**

**We hereby certify** that a true and correct copy of the foregoing document was sent via U.S. Mail to: Alice Alyse, 1450 Brickell Bay Dr. #411, Miami, FL 33131, Kathleen M Phillips, Phillips, Richard & Rind, P.A., 9360 SW 72 Street, Suite 283, Miami, Florida, 33173, Jeffrey Todd Foreman, Kenny Nachwalter, P.A., Miami Center, 201 S. Biscayne Boulevard, Suite 1100, Miami, Florida 33131-4327, Lisa Horowitz and O. Peter Sherwood, Manatt, Phelps & Phillips, 7 Times Square, New York, NY 10036, Gary John Guzzi, Akerman Senterfitt, Suntrust International Center, 1 SE 3rd Avenue, 28th Floor, Miami, FL 33131-1714 and Mark Alan Joseph Shapiro, 1 SE 3rd Avenue, 28th Floor, Miami, FL 33131 on this 27th day of June, 2007.

    s/ Larry Klayman_____
Larry Klayman, Esquire
Fla. Bar No.: 0246220
Email: leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454
Attorneys for Plaintiff