## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Action

ALICE ALYSE.

      Plaintiff,

                                  **CASE NO: 06-21627-CIV-JORDAN/KLEIN**

v.

ACTORS' EQUITY ASSOCIATION, et al.,

      Defendants.

_____/

### NOTICE OF APPEARANCE AS AND SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN of the appearance of undersigned as Plaintiff's counsel in the above referenced matter and notice to the Court that Plaintiff has terminated her former counsel, Larry Klayman, for cause as indicated by the letter attached hereto. The Court had previously denied Mr. Klayman's earlier motion to withdraw as counsel [D.E. 54]. However, he failed to inform the Court that Plaintiff had terminated his employment, and that the Court by its own Order should remove Mr. Klayman from the CM/ECF service list.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 5, 2007a true and correct copy of the foregoing was filed with the Clerk using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic filing generated CM/ECF, or in some other authorized manner for those counsel of record or parties who are not authorized to receive Notices of Electronic filing.

J.B. HARRIS, P.A.
2555 Ponce de Leon Blvd.
Suite 320
Coral Gables, FL 33134
Tel:  (305)  444-6121
Fax:  (305) 444-5508
**s/ J.B. Harris**
BY:    J.B. Harris, Esq.
           FBN  495034

| | |
|---|---|
| Kathleen Marie Phillips, esq.<br>Patricia Ireland, Esq.<br>Phillips Richard & Rind<br>9360 S.W. 72nd St.<br>Suite 283<br>Miami, FL 33173<br>Telephone: 305-412-8322<br>Fax: 305-412-8299<br>E-mail: kphillips@phillipsrichard.com<br>          pireland@phillipsrichard.com | Franklin K. Moss, Esq.<br>Spivak Lipton Watanabe Spivak Moss & Orfan LLP<br>1700 Broadway<br>21st Floor<br>New york, NY 10019<br>Telephone: 212-765-2100<br>Fax: 212-541-5429<br>E-Mail: fmoss@spivak-lipton.com |
| O. Peter Sherwood, Esq.<br>Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036<br>E-mail: osherwood@manatt.com<br>Telephone: 212-790-4500<br>Fax:  212-790-4545<br>Attorneys for Movin' Out Defendants | Gary Guzzi, Esq.<br>Mark Shapiro, Esq.<br>Akerman Senterfitt<br>One S.E. 3rd Avenue<br>28th Floor<br>Miami, FL 33131-1714<br>Telephone: 305-374-5600<br>Fax: 305-374-5095<br>Gary.guzzi@akerman.com<br>Attorneys for Liberty Mutual |
| Jefferey T. Forman, Esq.<br>Kenny Nachwalter, P.A.<br>201 South Biscayne Blvd.<br>Suite 1100<br>Miami, FL 33131-4327<br>E-Mail: jforeman@kennynachwalter.com<br>Telephone: 305-373-1000<br>Fax: 305-372-1861<br>Attorneys for Movin Out Defendants | The Honorable Magistrate Theodore Klein<br>131 David W. Dyer Fed. Bldg.<br>United States Court House<br>300 N.E. 1st Ave.<br>Room 234<br>Miami, FL 33132 |

06/18/07

Larry Klayman, Esquire
Fla. Bar No.:02462
leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile: (305) 579-3454

            Re:    Alicy Alyse vs. Moving Out Company et al.

To: Mr. Larry Klayman, Esquire

Please except this as formal notification that I am terminating your services as my attorney for cause, for all the reasons of which you are acutely aware. You are no longer authorized to act on my behalf in any capacity.

Because of the pending deadline for the filing of my response to defendants' "motion to dismiss," I am requesting that you file a motion to withdraw as my attorney with the court today, 6/18/07, in all three of my pending cases, and, in doing so, request that each court stay the proceedings for 45 days in order to allow me sufficient time within which to find new counsel.

Please send me a copy of the motions to withdraw and requests stay when you file today.

Sincerely,

Alice Alyse