## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action**

ALICE ALYSE.

      Plaintiff,

v.

ACTORS' EQUITY ASSOCIATION, et al.,

      Defendants.
_____/

**CASE NO: 06-21627-CIV-JORDAN/KLEIN**

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

## AGAINST CERTAIN NAMED DEFENDANTS

NOTICE IS HEREBY GIVEN pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., of the voluntary dismissal of action without prejudice against Defendants, ERIC A. SPROSTY, TWYLA THARP, ABBIE STRASSLER, EMANUAEL AZENBERG, JAMES L. NEDERLANDER, SCOTT E. NEDERLANDER, TERRY ALLEN KRAMER, HAL LUFTIG, CLEAR CHANNEL ENTERTAINMENT, MOVIN OUT TOUR COMPANY, L.P., IRON MOUNTAIN PRODUCTIONS, INC., LIBERTY MUTUAL INSURANCE COMPANY, in the above styled matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 6, 2007a true and correct copy of the foregoing was filed with the Clerk using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic filing generated CM/ECF, or in some other authorized manner for those counsel of record or parties who are not authorized to receive Notices of Electronic filing.

J.B. HARRIS, P.A.
2555 Ponce de Leon Blvd.
Suite 320
Coral Gables, FL 33134
Tel: (305) 444-6121
Fax: (305) 444-5508
**s/ J.B. Harris**
BY:   J.B. Harris, Esq.
          FBN  495034

| | |
|---|---|
| Kathleen Marie Phillips, esq.<br>Patricia Ireland, Esq.<br>Phillips Richard & Rind<br>9360 S.W. 72nd St.<br>Suite 283<br>Miami, FL 33173<br>Telephone: 305-412-8322<br>Fax: 305-412-8299<br>E-mail: kphillips@phillipsrichard.com<br>          pireland@phillipsrichard.com | Franklin K. Moss, Esq.<br>Spivak Lipton Watanabe Spivak Moss & Orfan LLP<br>1700 Broadway<br>21st Floor<br>New york, NY 10019<br>Telephone: 212-765-2100<br>Fax: 212-541-5429<br>E-Mail: fmoss@spivak-lipton.com |
| O. Peter Sherwood, Esq.<br>Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036<br>E-mail: osherwood@manatt.com<br>Telephone: 212-790-4500<br>Fax:  212-790-4545<br>Attorneys for Movin' Out Defendants | Gary Guzzi, Esq.<br>Mark Shapiro, Esq.<br>Akerman Senterfitt<br>One S.E. 3rd Avenue<br>28th Floor<br>Miami, FL 33131-1714<br>Telephone: 305-374-5600<br>Fax: 305-374-5095<br>Gary.guzzi@akerman.com<br>Attorneys for Liberty Mutual |
| Jeffrey T. Foreman, Esq.<br>Kenny Nachwalter, P.A.<br>201 South Biscayne Blvd.<br>Suite 1100<br>Miami, FL 33131-4327<br>E-Mail: jforeman@kennynachwalter.com<br>Telephone: 305-373-1000<br>Fax: 305-372-1861<br>Attorneys for Movin Out Defendants | The Honorable Magistrate Theodore Klein<br>131 David W. Dyer Fed. Bldg.<br>United States Court House<br>300 N.E. 1st Ave.<br>Room 234<br>Miami, FL 33132 |