UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-21627-CIV-JORDAN

| | |
|---|---|
| ALICE ALYSE, | ) |
|     Plaintiff | ) ) ) |
| vs. | ) |
| ACTORS' EQUITY ASSOCIATION, et. al. | ) ) |
|     Defendants | ) |
| _____ | ) |

### ORDER

The plaintiff's motion to withdraw [D.E. 55] is GRANTED IN PART. Mr. Klayman and the Klayman Law Firm are hereby withdrawn from this case.

Mr. Harris now represents Ms. Alyse [D.E. 58].

DONE and ORDERED in chambers in Miami, Florida, this 8th day of August, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

          Alice Alyse
          1450 Brickell Bay Dr.
          Unit 411
          Miami, FL 33131