UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------x
ALICE ALYSE,                                :
                                            :   Case No.: 06-21627-CIV
            Plaintiff,                      :   JORDAN
                                            :
     v.                                     :
                                            :
ACTORS' EQUITY ASSOCIATION,                 :
                                            :
            Defendant.                      :
---------------------------------------------------------------x

## NOTICE TO CLERK

Attorney O. Peter Sherwood is no longer representing any party in this action, is not included on any service list, and therefore should be removed from the Court's CM/ECF system in this case.

> Respectfully Submitted,
> J.B. Harris, Esq.
> J.B. Harris & Assoc., P.A.
> 2555 Ponce de Leon Blvd., Suite 320
> Coral Gables, FL 33134
> **/s/ J.B. Harris (FBN 495034)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following party by and through its counsel listed below this May 6, 2008 via the Court's CM/ECF system or such other manner prescribed by the Court necessary to facilitate service.

| | |
|---|---|
| Franklin K. Moss, Esq. | Kathleen Phillips, Esq. |
| Spivak Lipton LLP | Phillips, Richard & Rind |
| 1700 Broadway | 4360 S.W. 72nd Street, Suite 283 |
| New York, NY  10019 | Miami, FL 33173 |
| | Counsel for Defendant |

1