UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------x
ALICE ALYSE,                                  :
                                              :   Case No.: 06-21627-CIV
         Plaintiff,                           :   JORDAN
                                              :
   v.                                         :
                                              :
ACTORS' EQUITY ASSOCIATION,                   :
                                              :
         Defendant.                           :
------------------------------------------------------------x

## NOTICE TO CLERK

Attorneys Jeffrey Foreman and Lisa Horwitz are no longer representing any party in this action, are not included on any service list, and therefore should be removed from the Court's CM/ECF system in this case.

Respectfully Submitted,
J.B. Harris, P.A.
200 S. Biscayne Blvd.
Wachovia Financial Center
54th Floor
Miami, FL 33131
Ph: 305-374-6366
Fax:: 305-374-6755
E-mail: jbharrisesq@hotmail.com
**/s/ J.B. Harris (FBN 495034)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following party by and through its counsel listed below this June 10, 2008 via the Court's CM/ECF system or such other manner prescribed by the Court necessary to facilitate service.

| | |
|---|---|
| Franklin K. Moss, Esq. | Kathleen Phillips, Esq. |
| Spivak Lipton LLP | Phillips, Richard & Rind |
| 1700 Broadway | 4360 S.W. 72nd Street, Suite 283 |
| New York, NY  10019 | Miami, FL 33173 |
| | Counsel for Defendant |