IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALICE ALYSE,

Plaintiff,

vs. Case No.: 06-21627-CIV-JORDAN

ACTORS' EQUITY ASSOCIATION,

Defendant.
_______________________________/

## STIPULATION REGARDING CONFIDENTIAL MATERIALS

Plaintiff, Alice Alyse and Defendants Actors' Equity Association, through their undersigned counsel, hereby stipulate and agree to the following protective provisions concerning documentary materials provided to Plaintiff by Defendants in response to document requests issued in this case.

1. All confidential information, documents, and materials produced by Defendants in response to Plaintiff's discovery requests, and all confidential information, documents, and materials produced by Plaintiff in response to Defendants' discovery requests, may be designated **"CONFIDENTIAL"** by Defendant or Plaintiff, by a stamp or by any other writing expressly invoking the protection of this Stipulation and any Order of the court entered pursuant to this Stipulation. Documents stamped as **"CONFIDENTIAL"** shall be deemed confidential and shall not be disclosed or revealed in any manner, directly or

indirectly, to anyone other than Plaintiff's attorneys, or Defendants' attorneys, or to Plaintiff's consultants or experts, or to Defendants' consultants or experts, employed, appointed, or retained for purposes of this action, except as provided herein.

2. For purposes of this Stipulation, the term "CONFIDENTIAL" shall include only those documents or items designated as such by Defendants or Plaintiff which Defendants or Plaintiff believe in good faith contain a trade secret, proprietary, or commercial information which is not generally known and not readily ascertainable by proper means, or believed to be subject to protection under THE Federal Rules of Civil Procedure, or pursuant to other applicable state and federal law. All summaries, notes, extracts, compilations or any other direct or indirect reproduction from or of any protected material shall also be deemed to be "CONFIDENTIAL" material.

3. Nothing herein shall prohibit disclosure of CONFIDENTIAL information, documents, or materials to any witness called, or who may be called, to testify under oath pursuant to lawful notice or subpoena, or to any attorney representing any such individual in connection with such testimony, provided that (a) such disclosure is made during the course of such testimony, and (b) before any such disclosure is made, any witness or attorney to whom such disclosure is to be made has first been informed of the terms of this Stipulation and has agreed to abide by its terms by signing, under oath, the Receipt attached to this

Stipulation as Exhibit A. No witness or attorney to whom such disclosure is made shall make any disclosure of such information, nor shall any witness or attorney use any CONFIDENTIAL information, documents, or material disclosed to him for any purpose whatsoever which is unrelated to that witness's testimony pursuant to lawful subpoena or notice in this action, including, without limitation, any business or competitive purpose. No witness to whom such disclosure is made shall be permitted to keep any copy or copies of CONFIDENTIAL documents or materials unless such documents or materials are required as an exhibit and such witness has a statutory right thereto.

4. Disclosure of CONFIDENTIAL information, documents and materials to consultants or experts retained by Plaintiff or by Defendants shall only be permitted where such persons (a) are made fully aware of the terms of this Stipulation, and (b) agree to abide by its terms by signing, under oath, the Receipt attached to this Stipulation as Exhibit A. All Receipts executed pursuant to this paragraph shall be maintained by Plaintiff or her counsel, or by Defendants and their counsel, until such time as all CONFIDENTIAL documents or materials have been returned to Defendants and to Plaintiff pursuant to Paragraph 7 below. No such expert or consultant to whom disclosure is made shall make any disclosure of such information, nor shall such expert or consultant use any CONFIDENTIAL information, documents, or materials disclosed to him for any purpose unrelated to the consultant's or expert's responsibilities in

relation to this action, including, without limitation, any business or competitive purpose.

5. Copying or reproduction of all CONFIDENTIAL documents or materials shall be made only as is reasonably necessary for the conduct of this action.

6. In the event that Plaintiff, Defendants, or anyone else in receipt of CONFIDENTIAL information, documents, or materials shall receive a written or oral request, subpoena, or court order seeking disclosure of CONFIDENTIAL information, documents, or materials, Plaintiff or Defendant shall immediately upon receipt of such request, subpoena, or court order, notify counsel for Defendants or Plaintiff of the request, subpoena, or court order and shall forthwith provide a copy of the same. Absent an order of court, Plaintiff and Defendants are prohibited from disclosing such material to third parties without the consent of Defendants or their attorneys.

7. At such time as the CONFIDENTIAL documents or materials, or any part thereof, are no longer required in connection with this action, all CONFIDENTIAL information, documents, or materials (including copies thereof) shall be promptly returned to counsel for Plaintiff and Defendants. Any memoranda, work product, or notes prepared by Plaintiff or her authorized outside experts or consultants which contain CONFIDENTIAL information, documents, or materials shall be treated as confidential material during the

pendency of this action, and shall be retained thereafter, subject to the confidentiality provisions of this Stipulation, until their destruction in accordance with the document retention policy of Defendants, Plaintiff, or their attorneys.

8. Plaintiff and Defendants shall jointly move the court for the entry of an Order pursuant to the Federal Rules of Civil Procedure, adopting this Stipulation.

**ACKNOWLEDGED, ACCEPTED AND AGREED TO BY:**

J.B. Harris, Esq. (FL Bar No. 495034)
THE LAW OFFICES OF J.B. Harris, P.A.
200 S. Biscayne Blvd.
54th Floor
Miami, FL 33131
Telephone 305-374-6366
Facsimile 305-372-0310
jbharrisesq@hotmail.com
*Attorneys for Plaintiff*

Dated 8/11/08

**ACKNOWLEDGED, ACCEPTED AND AGREED TO BY:**

Franklin K. Moss
Spivak Lipton LLP
1700 Broadway, 21st Floor
New York, NY 10019
Telephone 212-765-2100
Facsimile 212-765-8954
*Attorneys for Defendant*

Dated: 8/8/08

# EXHIBIT A

## CERTIFICATION

I hereby acknowledge that I, _______[name]_______, am about to receive confidential discovery material supplied by ________[name]________.. I certify my understanding that such information is to be provided to me pursuant to the terms and restrictions of the Order Governing Confidential Information (the "Order") of ___[date]___ in the case of Alyse v. Actors' Equity Association, Case No. 06-21627, pending in the United States District Court for the Southern District of Florida, and that I have been given a copy of and have read the Order and agree to be bound by the terms thereof. I agree to maintain said information in confidence and not to disclose said information, directly or indirectly, to any person, except a 'qualified person,' as that term is defined in the Order. I understand and agree that said information and any copies I make of any documentary material containing Confidential information, or any notes or other records which may be made regarding any of such information, may be used solely for the preparation and trial of this action (including trial, appeals, and retrials) and shall not be used for any other purpose, including business, governmental, or commercial, or in any other proceeding (whether judicial, administrative or other), and must be destroyed or returned to the producing party or non-party at the end of these proceedings, including all copies, notes, or other records which may be made regarding any of such information. I have the option of deciding whether to destroy or return these materials. I consent to the exercise of personal jurisdiction over me by the Court in which this action is or may be pending for the purpose of enforcing the Order.

_________________________________
(Signature)

STATE OF _______________ )
) ss:
COUNTY OF _______________ )

The foregoing instrument was acknowledged before me this ____ day of ________, 200___, by ____________________________, who is personally known to me or who has produced as identification a driver's license from the State of ________________.

_________________________________
Notary Public, State of ________________

_________________________________
Name typed, printed, or stamped

My Commission Expires: