UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21627-CIV-JORDAN/MCALILEY

---------------------------------------------------------x
ALICE ALYSE a/k/a ALYSE LEWITZKE,   :
                                                        :    **STIPULATION OF DISMISSAL**
       Plaintiff,                          :    **PURSUANT TO FED. R.**
                                                        :    **CIV. P. 41(a)(i)(A)(ii)**
vs.                                                           :
                                                        :
ACTORS' EQUITY ASSOCIATION,    :
                                                         :
      Defendant.                           :
---------------------------------------------------------x

It is hereby Stipulated and Agreed by and between Actors' Equity Association and Alice Alyse, a/k/a Alice Lewitzke, who are all of the parties to this action, that this case is hereby dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(i)(A)(ii).

Dated: Miami, Florida
       September 8, 2008

| | |
|---|---|
| PHILLIPS & RICHARD, P.A.<br>9360 SW 72 Street, Suite 283<br>Miami, Florida 33173<br>Telephone: (305) 412-8322<br>Facsimile: (305) 412-8299<br>Email: kphillips@phillipsrichard.com<br><br>By: _[signature]_<br>Kathleen Phillips<br>Florida Bar No. 287873 | J.B. HARRIS, P.A.<br>200 S. Biscayne Blvd.<br>Wachovia Financial Center, 54th Floor<br>Miami, FL 33131<br>Telephone: (305) 374-6366<br>Facsimile: (305) 374-6755<br>Email: jbharrisesq@hotmail.com<br><br>By: _[signature]_<br>J.B. Harris<br>Florida Bar No. 495034<br>Attorney for Plaintiff Alice Alyse |

1

SPIVAK LIPTON LLP
1700 Broadway, Suite 2100
New York, New York 10019
Telephone: (212) 765-2100
Facsimile: (212) 765-8954
Email: fmoss@spivaklipton.com

By: _____
Franklin K. Moss
(Admitted Pro Hac Vice)
Attorneys for Defendant
Actors' Equity Association